UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE CRIMINAL ) NO. 1:19-mj-10-WCM
COMPLAINT FOR )
WILLIAM GRONOSKY )
)
)
)
)

FILED
ASHEVILLE, NC
JAN 28 2019
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

### ORDER SEALING COMPLAINT, AFFIDAVIT, ARREST WARRANT, MOTION, AND ORDER

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Complaint and Affidavit, Arrest Warrant, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Complaint and Affidavit, Arrest Warrant, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 25th day of January, 2019

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE