# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>William S. GRONOSKY<br><br>Defendant(s) | Case No. 1:19-mj-10-WCM<br><br>FILED<br>ASHEVILLE, NC<br>JAN 28 2019<br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 25, 2019__ in the county of __Buncombe__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Travel with the Intent to Engage in Illicit Sexual Conduct |

This criminal complaint is based on these facts:
See affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Jason Conboy, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/25/2019

_____
Judge's signature

City and state: Asheville, North Carolina

W. Carleton Metcalf, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jason Conboy, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed from November 2007, to the present. I am currently assigned to HSI Hendersonville, North Carolina office. As part of my official duties, I have conducted and participated in investigations relating to narcotics smuggling, human smuggling and trafficking, cyber-crimes, and the sexual exploitation of children. I have also received training and instruction in the field of investigating child pornography and cyber related crimes to include the dark web and dark nets. I further have extensive experience in investigating cyber child exploitation cases to include the production, distribution, and transportation of child pornography images and videos via the internet. As part of my duties and responsibilities as an HSI Special Agent, I am authorized to investigate crimes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2252A, et seq.

2. As a result of my training and experience, I am familiar with methods employed by individuals engaged in various illegal activities, including interstate transportation of child pornography. I am also aware from my training and experience that persons engaged in interstate transportation of child pornography typically use false identities and other techniques to disguise themselves and their enterprise. I am further aware, as a result of my training and experience that child pornography is not generally available in retail establishments, even from those which offer other explicit sexual material. Persons who wish to obtain child pornography

do so by ordering and/or obtaining it by discreet contact with other individuals and underground businesses that have child pornography collections.

3. This investigation involves the distribution and receipt of child pornography across state boundary lines through the use of computers and the Internet. All such transmissions must go through Internet Service Providers servers, where the said Internet Service Provider temporarily stores such transmissions. Additionally, this investigation involves an individual traveling with the intent to engage in illicit sexual conduct with a minor.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. The facts set forth in this affidavit are based on my personal knowledge, information obtained during my participation in this investigation, information from others, including law enforcement officers, my review of documents and computer records related to this investigation, and information gained through my training and experience.

## FACTS CONCERNING THE INVESTIGATION

5. On December 6, 2018, Homeland Security Investigations (HSI) Special Agents became involved in a covert, online investigation. The purpose of the covert online investigation is to attempt to target individuals, utilizing the dark web, seeking to travel interstate/foreign commerce for the purposes of engaging in illicit sexual acts with minors.

6. HSI Hendersonville agents, acting in an undercover capacity, hereinafter referred to as Undercover Agent "UCA", posted an online advertisement on a dark web site, herein referred to as "Website X" [1], purporting as the online identity of an adult individual with access

---

[1] The actual name of "Website X" is known to law enforcement and its functions are detailed above. "Website X" remains active, and disclosure of the name of the website would potentially alert its users to the fact that law enforcement action is being taken against users of the website, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the

to minor children. The advertisement included an undercover email account address, created by the UCA, for the purposes of facilitating anonymous electronic communication between users.

7. On December 6, 2018, the UCA received an automated notification of a new email to the undercover email account. The email was received for email address Cabooseman327@XXXXXXXX[2]. The email read as follows:

"Hi,

Don't know if you have any girls to rent out, but am certainly interested if you do. Ages and how much are you seeking financially? Am willing to

travel from NY, but due to your location in the southeast, might not be able to do so at this time

Thanks"

8. Beginning December 6, 2018, the UCA began to have continuous communication with an individual utilizing the "Cabooseman327@XXXXXXXX" email address, herein after referred to as "Cabooseman327". During the above-mentioned dates, the UCA communicated with Cabooseman327 and assumed the identity of an adult male with access to an eight (8) year-old minor male and a six (6) year-old minor female.

9. On December 7, 2018, Cabooseman327 expressed interest but did not specify his preference stating "Again, depending on your location in the southeast would dictate for how long. Probably 2 to 3 hrs depending on my drive. Would be looking at Friday night, jan. 25th at

---

confidentiality and integrity of the ongoing investigation involved in this matter, specific names and other identifying factors have been replaced with generic terms and the website will be identified herein as "Website X."

[2] The actual email address is known to law enforcement and is described as an encrypted email service only to be accessed via the TOR browser. The encrypted email service is utilized by law enforcement in online proactive investigations and its revelation would negatively impact ongoing investigations.

this time. Hopefully weather wouldn't be a problem either. And it would be a first time, so actually what would you recommend?"

10. From December 7, 2018 through December 18, 2018, there were no messages received by the UCA from Cabooseman327.

11. On December 19, 2018, the UCA received an email to the undercover email account from Cabooseman327. The email read as follows:

"I'm sorry for the delay in getting back to you. I've really been sick the past 2 weeks and honestly haven't been online.

I'm still interested.

Ive been doing some thinking and am wondering if January woukd be feasible. I'm going to assume it's going to be at least a 12 hr drive from NY. then I have to factor the drive home the next day. Plus weather could be an issue.

I think a later date on my end would be more feasible and that way I could spend a few nights. Looking possibly at end of March or later in the year if we can work something out.

Woukd it be possible to have her act like a baby? Diapers and all that, which I would supply? Then when she us hungry, give her milk from my cock, and then when changing her I could either have anal or fuck her pussy. If not, I can come up with something else. I honestly dont kniw what to request doibg.

I've always been a pedo, but have never acted out on it.

What would you need as proof that I'm not with law enforcement? I was quite nervous in writing as well as I dont want to be arrested myself.

Thanks"

4

12.     On this same date, the UCA responded and informed Cabooseman327 that he/she and the minor female reside in the city of Hendersonville which is located right outside of Asheville, North Carolina.

13. 1    On December 20, 2018, the UCA received an email to the undercover email account from Cabooseman327. The email read as follows:

"Hi Levi,

Feeling somewhat better.

I would be willing to make a commitment for Friday, jan. 25th with the understanding that I might have to cancel due to weather. I certainly dont want to he driving in a snowstorm on I81 through PA or anything in either direction.

I would be looking into approximately 3 hours with her (thinking 8 to 11pm). I would be aiming to get to the hotel by 6 PM. They way it gives me time to eat and freshen up. Hotel would be a choice brand.

Would like to do the diaper role play. I do have a stethoscope and one of those things to look into ears with. Maybe a doctor role play with her in diapers. Would you think she'd be interested in something like that? And any wacould spoil her a bit. Main objective for me would be to fuck her in the pussy.

Could we come up with a price based on 3 hours, diapers, and doctor role play? Hopefully we can work something out. If not at this time, hopefully sometime in the future.

Thank you.

Bill"

14.    The UCA and Cabooseman327 continued to communicate on December 20, 2018 and as a result Cabooseman327 agreed to pay three hundred-dollars ($300.00 USD) in exchange

5

for three (3) hours to engage in sexual acts with the purported six (6) year-old minor female. As a result of the UCA's previously specified located, Cabooseman327 stated in an email to the UCA that he was "looking into the Clarion Inn on Hendersonville Rd in Asheville".

15. On December 21, 2018, the UCA received an email to the undercover email account from Cabooseman327. The email read as follows:

"Hey Levi,

Got tired of scrolling all the way down to reply. I do have all of them saved.

I have the clarion booked. Confirmation #48333048. I just tried to send a pic of the reservation, but it says the file is too large. Go figure. I just love technology. Will try again later.

Anyways, I think I mentioned I'm not into the hurt core stuff. I certainly dont want to hurt Ash in any way. I'm more into the role playing. The dress up sounds like fun. I'm very laid back, easy going, and fkexible. I will be gentle and slow as possible for fucking. I want to do it that way anyways. Since it will be my first time with a small girl, I want to enjoy the feeling.

Doesnt matter where we go for a bite to eat. Only thing i would not go for is seafood. Any recommendations?

Looking forward to working with you as well.

Bill"

16. The UCA received a second email from Cabooseman327, immediately following the above-detailed email. The email read as follows:

Forgot to answer your other question. Planning on barbie for an ice breaker. I'm looking for one in particular. I remember a doctor Barbie and would like to find that one because of the doctor role play. Am planning on a couple extra to spoil her a little"

6

17. On December 23, 2018, the UCA received an email to the undercover email account from Cabooseman327. The email read as follows:

"Hey Levi,

I hope this works. I had to split up the photo in 2. One shows the hotel name with reservation number. The other shows dates.

Bill"

The above listed email message was received with two (2) attachment of two (2) digital image. Below is a description of the digital images received by the UCA:

File Name: 20181222_220947.png

Size: 597k

Type: image/png

The digital image depicts what appears to be a screen shot of a digital reservation. The digital image appears to be digitally altered as the background of the image is colored in beige. The digital image displays the following:

"Check-in:

Friday, January 25, 2019 (Check-in time: 3:00 PM)

Check-out:

Saturday, January 26, 2019 (Check-out time: 11:00 AM)"


File Name: 20181222_220923.png

Size: 1M

Type: image/png

The digital image depicts what appears to be a screen shot of a digital reservation. The digital image appears to be digitally altered as the background of the image is colored in beige and some of the identifiers such as the email confirmation address has been blacked out. The digital image included the confirmation number of 48333048 and the listed hotel name and address as Clarion Inn Biltmore Village at 234 Hendersonville Road, Asheville, NC 28803.

18. On December 25, 2018, the UCA received an email to the undercover email account from Cabooseman327. Cabooseman327 informs the UCA that he has found a "doctor Barbie" and requested the purported minor female wear diapers as to engage in his "baby role play". Cabooseman327 stated he would be bringing the "diapers and wipes" and stated he would be ordering "unicorn clothing through Walmart for dress up." Cabooseman327 stated "This would be my first time renting. I love little ones especially little girls, and have played with them. But non sexually. So, this will be a first time of getting close to a little ones naked body. But I think I can manage."

19. On December 27, 2018, the UCA received an email to the undercover email account from Cabooseman327. The email read as follows:

"Hey Levi,

Again, I had to crop the pics into 2. One shows barbie and the other shows the babies. Not the best pics. It's still giving me problems like before saying entity is too large.

This is late Christmas/early 40th bday thing I'm doing for myself and I'm circumcised. I'm like little girls around Ash's age, give or take and the diaper thing us just a fetish.

I know I asked you to bring board games. Just have her pick out her favorite one. The reason i asked was so that we could play it as an icebreaker. Doesnt matter to me which one. As

8

I said, I'm very laid back and easy going and very flexible. I'll go with the flow with Ash's reactions, like with the baby bottle.

Just hope weather cooperates. Still very excited and equally nervousabout meeting you both in a months time.

Bill"

20. The above listed email message was received with two (2) attachment of two (2) digital image. Below is a description of the digital images received by the UCA:

File Name: 20181227_121002.png

Size: 1.2M

Type: image/png

The digital image depicts a female adult Barbie doll dressed in a green shirt and green pants as to display a doctor's uniform. The Barbie doll is observed with a pink stethoscope around its neck. The digital image appears to be digitally altered utilizing a photo editing software.

File Name: 20181227_120411.png

Size: 1.2M

Type: image/png

The digital image depicts two (2) infant sized Barbie dolls. The digital image appears to be digitally altered utilizing a photo editing software.

21. On January 2, 2019, the UCA received an email to the undercover email account from Cabooseman327. The email read as follows:

"Happy New Year to you and Ash as well!

Unfortunately I didnt party that much. I work at a nursing home as a janitor and actually had to work both eve and day. Its doesn't bother me. I've never been much of a drinker anyway.

Definitely counting the days down. And I definitely ready to play with her as well. Still a little nervous though. But I'm sure that will disappear quickly once we start playing.

I finally figured out that question. Ad I was looking at some clothing, I found some LOL surprise panties, which I'll pick up. So, that reminded me. If its no its OK, but I was wondering if I could keep the panties I take off of her that night, you know, as a reminder of my first tine pkaying eith a little girl. Hell, I'd pay for those!

Thank you for working with me.

Bill"

22. The UCA continued to communicate with Cabooseman327 on January 3, 2019. Cabooseman327 informed the UCA that he has connected with a mother with a soon to be five (5) year old and have been "hitting it off". Cabooseman327 stated in his email that he has known he had been a "pedo" (pedophile) since the age of thirteen (13). Cabooseman327 stated in his email, "I remember my 4yo sister wanted be to get her ready for bed when we were spending the night at my grandmother's house. Anyways, she was still in a diaper at night. So, I can remember her taking off her undies and me getting a close up view of her little pussy when I put the diaper on. Thatz the reason for my diaper fetish. I was hooked ever since, but never acted on it until now. I'm from a small town, so everyone knows everyone, or so it seems. Noone knows about my true feelings. As far as age goes, I prefer around 5 or 6. I really was noticing the little girls this year while shopping. Their cute little dresses and tights etc."

23. On January 7, 2019, HSI Hendersonville agents traveled to the Clarion Inn Biltmore Village located on 234 Hendersonville Rd., Asheville, NC 28803. HSI agents met with

10

the general manager and requested guest information pertaining to the confirmation number 48333048. HSI Hendersonville agents were informed an individual by the name of William Gronosky (GRONOSKY) made the above-mentioned reservation and requested a check-in date of January 25, 2019 and check-out date of January 26, 2019.

24. On January 7, 2019, HSI Hendersonville agents submitted a Customs summons to Choice Hotels International requesting any and all information pertaining to Choice Hotel Reservation number# 48333048. The Customs summons requested payment information, co-travelers and IP logs if available.

25. On January 8, 2019, the UCA sent an outgoing email to Cabooseman327 and suggested an alternate method of communication via a mobile instant messaging application. The application allows users to exchange end-to-end encryption and content-expiring messages, including photographs, video and file attachments.

26. On this same date, the UCA received a reply email to the undercover email account from Cabooseman327. In the email, Cabooseman327 informed the UCA that he had the specified instant messaging application installed and provided the username as "Cabooseman". Additionally, Cabooseman327 stated "I will be bringing the lube, plus the doctor stuff, diapers, and some clothes myself. I'm super excited to meet Ash as well."

27. On January 9, 2019, Choice Hotels International responded to the Customs summons with legal compliance. According to the legal compliance from Choice Hotels International, the following reservation summary was associated to confirmation number 48333048:

Clarion Inn Biltmore Village

234 Hendersonville Road, Asheville, NC 28803

11

Check-In: Friday, January 25, 219

Check-out: Saturday, January 26, 2019

Guest Information:

Name: William Gronosky

Address: 48 W Gansevoort St, Little Falls, NY 13365

Email: WGRONOSKY@GMAIL.COM

Phone: 315-867-7500

Loyalty: GP-WXG63391

Guarantee Information:

Credit Card: WILLIAM S GRONOSKY ************7938 Exp 10 / 22

28. On January 10, 2019, HSI Hendersonville agents conducted an open source query of "William GRONOSKY" utilizing an online social media website www.Facebook.com. HSI Hendersonville agents discovered a Facebook web page www.facebook.com/william.gronosky and observed the following information:

Facebook Identifier: www.facebook.com/william.gronosky

Facebook Header: Bill Gronosky

Lives In: Little Falls, New York

From: Little Falls, New York

29. A search of the "Photos" revealed numerous images of trains, to include a train on the main cover photo of the profile.

(Agent's Notes: This investigation focuses on exchanged communication with dark web user Cabooseman327. A "caboose" is defined as a railroad car with accommodations for the train crew, typically attached to the end of the train.)

12

30. On January 11, 2019, the UCA contacted Cabooseman327 via the encrypted mobile instant messaging application under the username "Cabooseman" and received a reply confirming the UCA was communicating with "Bill".

31. From January 11, 2019 through January 25, 2019, Cabooseman327 and the UCA communicated regularly via the encrypted mobile application. The discussions continued to relate to the expected January 25, 2019 trip to west North Carolina and the exploitation of the UCA's purported minor child. On January 25, 2019, GRONOSKY in fact traveled from the state of New York to Asheville, North Carolina for the purpose of engaging in sex acts with a child.

32. Around 4:00 PM, GRONOSKY arrived in Asheville, North Carolina in his Jeep Renegade and met with the UCA at the Arby's located at 180 Hendersonville Road in the "Biltmore Village" neighborhood. GRONOSKY was alone.

33. Throughout this period, GRONOSKY was in communication via secure messaging app with the UCA. During physical surveillance of GRONOSKY by law enforcements, agents could see GRONOSKY exiting his vehicle and entering the Arby's.

34. GRONOSKY sat down at a table with the UCA who had given GRONOSKY a physical description of himself via the messaging app. GRONOSKY and the UCA exchanged introductions and then discussed the logistics and details of having the UCA's 6-year-old daughter with him at the Clarion Inn hotel room.

35. After approximately 5 minutes of conversation, GRONOSKY handed $100.00 (United States currency) to the UCA as a deposit towards the three hours of sex and he then entered his vehicle and drove directly to the Clarion Inn.

13

36. Upon arriving at the Clarion Inn, GRONOSKY exited his vehicle. Law enforcement agents then made an arrest of him in the parking lot of the Clarion Inn. A Galaxy S9 SM-G9OU smart phone mobile device (MOBILE DEVICE) was located on GRONOSKY's person upon his arrest. The remainder of GRONOSKY's personal property including his luggage appear to be located within the Jeep Renegade. The MOBILE DEVICE has been securely maintained by Homeland Security agents since its seizure.

Jason Conboy
Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN
before me this 25th day of January 2019.

W. Carleton Metcalf
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA