FILED
ASHEVILLE, N.C.

FEB 05 2019

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM S. GRONOSKY<br>AKA "CABOOSEMAN327" | DOCKET NO. 1:19CR16<br><br>**BILL OF INDICTMENT**<br><br>Violation:<br><br>18 U.S.C. § 2423(b) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about January 25, 2019, in Buncombe County, within the Western District of North Carolina and elsewhere,

**WILLIAM S. GRONOSKY**

did knowingly travel and did attempt to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

All in violation of Title 18, United States Code, Section 2423(b).

1

## NOTICE OF FORFEITURE

Notice is hereby given of 18 U.S.C. § 2428 and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2428 and 21 U.S.C. § 853:

a. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

b. Any property, real or personal, used or intended to be used to commit or promote the violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a) and (b)

The following property is subject to forfeiture on one or more of the grounds stated above:

1. Samsung Galaxy S9 Cellphone (SM-G96O6).
2. 16GB Hawaiian Helicopters Thumb Drive.
3. 8GB SanDisk Memory Card.
4. 32GB SanDisk Memory Card.
5. TomTom GPS Navigation.
6. Angel Figurine.
7. Stuffed Animal.
8. Barbie dolls.
9. Diapers.
10. Otoscope.
11. Stethoscope.
12. Apple juice.
13. Children's clothing (unicorn clothing, "LOL Surprise" brand underwear).
14. Three Hundred ($300.00) USD.

A TRUE BILL:

****NAME REDACTED****

R. ANDREW MURRAY
UNITED STATES ATTORNEY

_____
DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY