UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE INDICTMENT ) NO. 1:19CR16
FOR WILLIAM GRONOSKY )
)
)
)
)
)
)

## ORDER SEALING CASE

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, additional filings, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the Indictment, additional case filings, the Motion to Seal and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 11th day of February, 2019.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE