My name is Evelyn Gronosky (age 74), mother of William and am writing this character reference on his behalf.

First of all, I would like to express my feelings when I first learned of the charges against my son. I was totally in shock as I would never imagine this happening.

Bill has never been the type of person to cause me any significant disappointment. He has been there for me during my recent medical issues.

He always had a positive lifestyle. He graduated from High School, attended Messiah College for 2 years, been at his current job for over 10 years, contemplating going to Nursing School and is an active organist at Lutheran Care Ministries. I was amazed and very proud of him when he played the organ during his father's funeral in 2010.

Since his incarceration, my telephone conversations with him have indicated to me his remorse and sincere regrets for his actions. During his confinement, he has attended Bible Study and his behavior has been good.— a model inmate. He is concerned by what this charge can do to his current or future employment.

Bill will continue to have my support and love and I hope and pray the best for him regarding the outcome of this case.

Sincerely,

Evelyn Gronosky

████████
████████
████████

May 13, 2019

The Honorable Max Cogburn, Jr.
U.S. District Court for the Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

RE: United States v. William Gronosky; 1:19-CR-16

Dear Honorable Max Cogburn, Jr.,

My name is Karen Purtell and I work as a senior accountant for a government accounting firm in the Baltimore-Washington metropolitan area. I am writing this letter on behalf of William Gronosky ("Billy") in reference to his upcoming sentencing hearing. I am 47 years old and I am one of Billy's older cousins.

I have known Billy since we were children and I remember playing with him and our other cousins when we were younger. When my family traveled to New York for the holidays, I spent time with Billy at our grandmother's home. We would play as kids do and we would also help our grandmother, aunts and uncles with whatever was needed. Billy had an extremely close relationship with our grandmother. I remember how much Billy truly adored her and how devastated he was when she later passed away. Billy has always been somewhat of an old soul with a kind and caring personality who was respectful to his elders.

When we were young, Billy developed a love for playing the organ. For years, he would play the organ every Sunday at Lutheran Care in Utica, NY. Billy also worked at Lutheran Care for many years so he knew how much it meant to the congregation to hear the organ being played during their religious services. I know how important our religion is to Billy and he recently wrote to me that he is reading a few chapters of the Bible every day and that he had joined a Bible study group with others in his unit.

As a child, Billy also developed a love for trains. As he grew older, he spent a lot of his free time researching trains and traveling to various locations to "train watch" or "chase trains" as he would call it. After high school and then returning home from college, Billy lived with his parents in Little Falls, NY. After Billy's father passed away, Billy was sure to help his mom with her medical appointments and everyday tasks such as grocery shopping or taking out the trash. When Billy traveled, he would always ensure that his mother was taken care of while he was away. I know how much it concerns Billy that he is now in a position where he cannot help her

as he once did. There is a worry and a definite sorrow when Billy writes about his mom and how terrible he feels for letting her down.

Since the situation occurred earlier this year, I have been in touch with Billy mainly through letters that we write to one another. Through these letters, Billy has taken responsibility for his actions and he has expressed extreme remorse for his behavior. In one of the first letters I received from Billy, he mentioned that it took him weeks to look himself in the mirror after he was initially detained. Billy is a compassionate and forgiving person but I believe that Billy is finding it difficult to forgive himself as he knows the pain his actions have caused our family members as well as others. As time goes by, I hope and pray that Billy will provide himself with the same compassion and forgiveness that he has given to others who have needed it.

Thank you for taking the time to read this letter about my cousin Billy. I hope that you will take what I have written, along with what others have written, into consideration on Billy's sentencing date. If given the chance, I truly believe that Billy will become a productive member of society once again. I pray that he is granted this opportunity.


Respectfully,

*Karen Purtell*

Karen Purtell

The Rev. Fr. Steven A. Scarcia, B.M.E, M.Div, D.Min.

Phone:      - Email:

The Right Honourable Max Cogburn, Jr.

c/o Federal Public Defender - Western North Carolina

1Page Avenue - Suite 210

Ashville, North Carolina 28801

RE: United States v. William Gronosky; 1:19-CR-16

Right Honourable and Dear Sir,

I'm Father Steven A. Scarcia, the recently retired Rector/Pastor of Emmanuel Episcopal Church in Little Falls, New York. I was the Rector of the Parish for 41 years until my retirement in July of 2018. I am 71 years old and currently live about 2.5 miles west of the City of Little Falls. During my time in Little Falls, I was on various city and county boards, committees and organizations. I am also the Retired Police and Fire Commissioner of the City of Little Falls, having served in that capacity for 10 years. In addition, I also served as the Chaplain of the City Fire Department for about 30 years. Among various organizations I was associated with, I served in Herkimer County, NY, as a member of the DWI Board, Trustee of the Episcopal Diocese of Albany, NY and as a Trustee of Lutheran Care, a non-profit nursing facility & wellness center affiliated with the Lutheran & Presbyterian Churches of Central New York.

I'm writing on behalf of William (Billy) Gronosky, originally from Little Falls, New York. My purpose in writing this letter is to share with you a little about my knowledge of Billy, having known him for about 30 years or so.

I was approached by Billy's mom Evelyn, who shared with me a little of the circumstances which led to Billy's charges and subsequent arrest down in North Carolina. I have to say in all the years that I've known him, this seem totally out of character with the Billy Gronosky that I have known.

I have worked with Billy in many capacities throughout the years. At one time he worked as a paid staff member in the office at Holy Trinity Lutheran Church in Little Falls. He is a talented organist, not only having played at Holy Trinity Church, but also at the Lutheran Home in Clinton, NY, where he also worked the last few years. As my Parish of Emmanuel Church often shared facilities, events and Christian Education classes with Holy Trinity Church, of which Billy was once a member, I worked with him as a volunteer for Church activities, as a Vacation Bible School assistant and a Sunday School teacher. Years later he went to work at the Lutheran Home (Lutheran Care) in Clinton, NY, working in maintenance, the laundry and also housekeeping. In addition, he often volunteered to play the organ at home's Chapel Services.

In all the years that I have both known and worked with Billy, I have always seen him to be upright, helping, caring and giving…even going beyond to be of help in volunteering and being of service to whomever needed help, be they old, middle age and young alike. In his free time, I would see him down on West Main Street in Little Falls with his trusty camera taking photos of the various trains which would pass through the City on their way. He loved being a "train buff!"

I can't imagine, based on the information which was shared with me that we are talking about the same William (Billy) Gronosky that I know. I have been counseling for over 45 years and this seems so out of character for Billy. In all the years that I've known him, especially in his working around young people or children, nothing popped up as a flag that would have caused me or the other pastors or teachers to even consider this would be a problem. If this were an isolated event, which I'm sure it is, I would dare say that this has already taken its toll on him to help him understand and come to his senses that this was and is wrong. I am also understand that this is his 1st offence of any kind, so I believe that justice would be best served if there were a way that the court would be able to find some sort of way to help him through to both make amends for his actions, but to also enable him to learn, be reformed and again become a good member of society.

Case 1:19-cr-00016-MOC-WCM   Document 30-1   Filed 12/04/19   Page 4 of 25

I honestly believe that Billy has it within himself to learn from his actions. I believe with the right supervision, direction, caring, support and counseling, he would indeed get his act together in such a way that this would never again be something that he, his family or society would have to worry about. As I am near to his home in Little Falls, I would also be available to help him, in conjunction with whatever is decided upon by the decision of the court system in Charlotte, NC or if there is a transition to the New York State System.

As I do not know the full extent of the charges that were lodged against Billy, I would not assume to tell either the court, prosecutors or public defender whether or not any of the charges were unfair, fair, or whether or not there were other reasons to doubt the judicial system in your beloved and honourable State.

What I know is that Billy as already pleaded guilty. BUT, I also believe that from the ordeal that he's already going through, I'm sure that he is very capable of reform and learning from his mistake, even a mistake as grave as this. I can put my words on the line in saying that I believe that he will learn from his mistake and that the Court of Western North Carolina can indeed be assured that any leniency you would bestow on him, will both enable and help him become a better person – having learned the error of his ways.

If you have any further questions of me, please feel free to contact me at my above address. I pray that the court will indeed be lenient with him, but also expect of him those things which will indeed make him a better, trustworthy and model citizen.

With sincere best wishes, I am,

Faithfully yours,

The Rev. Fr. Steven A. Scarcia, B.M.E., M.Div, D.Min.

# St. Luke's Lutheran Church

David M. Blank, Senior Pastor

Marcy L. Miller, Associate Pastor

April 29, 2019

To: The Honorable Max Cogburn, Jr.

RE: William Gronosky

Dear Judge Cogburn:

I write to you on behalf of William Gronosky who will be sentenced for a federal offense. I am a 62 year-old ordained Evangelical Lutheran Church in America (ELCA) pastor. I am nearing my 36th year of ordination having served congregations and a long-term care facility in Pennsylvania, New York and Michigan. I presently serve as Senior Pastor of a mid-size congregation (St. Luke's) in Grand Rapids, Michigan.

I was William's "Billy's" pastor for 11 years at Holy Trinity Lutheran Church, Little Falls, NY (1989-2000). During that time Billy and his family were actively involved in the life of the Church attending weekly and mid-week services Billy's late grandmother and great-aunt were also active members. Billy participated in Sunday School and Youth Group. He served as an acolyte and took an active interest in the choir, handbells and unofficially assistant to the organist. His interest in music would propel him into taking organ lessons and eventually becoming an organist. He was well liked by the choirs and found a wonderful mentor in one of Holy Trinity's organist. She encouraged, supported and gave him respect that he often didn't receive from youth his own age. Over time I learned that he memorized all the hymns and their page numbers so that if I needed a quick reference to a hymn he'd recite where I could find it in the hymnal!

When I accepted a call to become chaplain of Lutheran Care Ministries, Clinton, NY (2000-2007) a long-term care facility, I notified Billy's mother, Evelyn, who had been Holy Trinity's secretary - of an administrative assistant position that was open at Lutheran Care. She was hired for the position and not long after Billy took a position as housekeeper for Lutheran Care. He also was the organist working weekly with me for two Sunday chapel services.

Following my departure from Clinton, Billy and his mom kept in contact with me over the years including a couple of visits to my previous congregation in Warren, PA.

Billy grew up in a loving environment with his mom, dad and sister. As I mentioned above his grandmother and great aunt were living in close proximity. Family get togethers were a common occasion. Both his grandmother and great aunt passed away while I was serving at Holy Trinity. His father, died nine years ago which was a significant loss for Billy. When Billy attended college we had arranged between our families to alternate driving Billy and my son the five hours to their respective schools.

In addition to his love of church music, he has a love for model trains and eventually as he got older he began "trainspotting." Taking pictures of trains around the country and posting them on Facebook. He even applied for a job with either the Union Pacific or the Southern Pacific. However, I believe his weight prevented him from getting a job with the railroad.

Over the years I found Billy to be helpful and ready to assist if there was a need at the church. He held an active interest in all things church wise. He was considerate, polite and loves his family and church. I believe he had a good rapport with the staff and residents at LutheranCare as a housekeeper. He found a fulfilling role in being a helper to people who needed assistance or a little tender loving care. I have never experienced having to discipline Billy or give a course correction in my time in knowing him. I found that he had an easier time talking with adults and was socially awkward with youth his own age. I attribute this to the fact that his peers excessively ridiculed him for being overweight and because of his involvement with the church. I don't recall him having dated or having an open love interest. This is not surprising considering his lack of self esteem and fear of rejection.

I was taken aback when his mother contacted me about his incarceration. I can only imagine the fear and shame Billy is experiencing during his incarceration. He knows he let down his family and his God. While Lutherans speak of God's forgiveness for all people, oft times we find it difficult to forgive ourselves and I believe Billy falls in this category because of his transgression. The fact the he will have difficulty finding employment in the church (playing the music he felt called to do) or elsewhere following his incarceration will be a constant reminder of a terrible lapse in judgment he made.

I think his time in prison will be enough of a "scared straight" deterrent that he will not be a repeat offender. I ask your honor to consider that Billy's debt to society might be better served in some form of community service in providing caring ministry or musical ministry to those with special needs or working with as a chaplain's assistant in prison ministry.

I am willing to offer my services as a pastoral counselor/mentor for Billy. My home is about 8 hours from Billy's residence. I would be able to provide counsel or support for Billy via a weekly phone call of an hour or a half hour in duration. I am certainly open to any suggestions in assisting Billy to return as a law-abiding contributor to society.

Thank you for your time and consideration.

Sincerely,

The Rev. David M. Blank

The Honorable Max Cogburn, Jr.

I am writing this letter in regards to the sentencing of William Gronosky.

My name is Catharine Wheat. I live in a small town in Central New York State. I am a retired church musician. In that position I played the organ, directed vocal choirs, directed handbell choirs and planned special music programs. In retirement I direct a Community Handbell Choir and a Church related Handchime Ensemble. I also substitute on the organ at various churches in the area.

I met William Gronosky when I became the organist/choir director at the Holy Trinity Lutheran Church in Little Falls in 1999. William and his family were active members of that church. William assisted in worship planning by picking the hymns for the church year. He also became a member of the Church Handbell choir. William was respected by the choir members for his work in selecting the hymns and his work as a bell player. I became aware that William had taught himself the rudiments of playing the organ. I assisted him in his musical journey by giving him two years of organ lessons. William is a good organist and enjoyed his role as organist at the chapel at the Lutheran Home in New Hartford NY. William also joined the Community Bell Choir that I direct. He is an excellent bell player and his skills are respected by the other members. The choir rehearses once a week from September through December and again from January through May. Our group is an eclectic group of bell players form varying backgrounds, locations and ages. William gets along well with all of the members and is missed when he is unable to make a rehearsal.

William is a hardworking young man. He holds two jobs. One in the laundry at the Lutheran Home in New Hartford NY and one as the organist at the chapel at the Lutheran Home. He accomplishes all of his work at both jobs and seldom misses work unless he is quite ill. He attends all of the rehearsals for the Community Bell Choir and takes responsibility for letting me know when he cannot be available. William cares about the people in the choir and pitches in to help with set up for the choir whenever he can. Because he is one of the younger members of the choir, he will often carry the heavy cases for other members and assist them with all of the equipment that goes with a bell choir.

William cares deeply about his family and his community. In my opinion these feelings will guide his chances for rehabilitation. It is important to William to do what is right for his family and his community. William will use his music and his church roots in his rehabilitation process. The opportunity to play the organ in the worship setting will play a part in the rehabilitation process. William has also been taking on line courses for the last two years and has received excellent grades in the courses that he was taking. This would position him to find different employment.

Thank you for your time and attention,

*Catharine Wheat*

Catharine Wheat

May 13, 2019

The Honorable Max Cogburn, Jr.
U.S. District Court for the Western District of North Carolina
100 Otis Street, Room 309
Asheville, NC 28801

RE: United States v. William Gronosky; 1:19-CR-16

Dear Honorable Max Cogburn, Jr.,

My name is Mildred Purtell and I am 79 years old. I have known Bill Gronosky for all of his life as I am his aunt and godmother. I can say that Bill has always been polite and courteous to those around him.

As a former high school teacher, I have been exposed to many children and have dealt with students with bad attitudes. Bill did not have any problems with any of his teachers and was well behaved in his classes. I know that he has kept in touch with a couple of his former teachers.

Bill graduated from high school and then attended college in Pennsylvania for two years. During this two year period of time, my family and I would see him occasionally. When the holidays came around, we would pick him up from college and take him home to Little Falls, New York so that he would be able to spend the holidays with his family. He would always tell us how much he appreciated what we did for him. He was very thankful that we were there for him.

Bill played the organ at church every Sunday at Lutheran Care in Utica, New York for a number of years. He loved doing it. He knew that by doing this, he was making the congregation of older people very happy. He would tell me that he looked forward to playing the organ and that he always made sure to get there early in order to practice before the services began. I have always thought of him as being a very caring and responsible person.

Bill has written to me that he is very sorry for what has happened and I know that he is having a difficult time dealing with the situation. He also mentioned that he is reading the Bible and that he attended a Bible study group. I believe that he is very remorseful and I do hope that in time he will be able to forgive himself as I believe that this is weighing heavily on his mind.

Bill has indicated that he desires to be re-baptized and has asked me to be there as his godmother for a second time. I hope that I will be able to do that for him.

As I have already mentioned, I believe that Bill is very remorseful. I do hope that you will take this into consideration.

Sincerely,

*Mildred Purtell*

Mildred Purtell



April 29, 2019

To: The Honorable Max Cogburn, Jr.
RE: Sentencing of William S Gronosky

Dear Judge Cogburn,

I am writing in support of William Gronosky, who is to be sentenced in your court.

I have known William since infancy, as his family and my family belonged to the same church in Little Falls NY, Holy Trinity Lutheran. I held various leadership positions within the church, among them Church Council member and Church Choir Director. I no longer attend this church, but would occasionally see William where he was employed, Lutheran Care in Clinton NY, as well as being a friends on social networks.

Throughout the years I have known him, he has always had an active religious life, from his Sunday School days into his adulthood. He stepped up to serve as Church Secretary when the prior secretary retired. He began studying the pipe organ as a young man, and quickly became proficient enough to serve church organist for a number of years, until he took a position at Lutheran Care as their organist (as well as a member of housekeeping.) In addition, he worked hard to become proficient in hand bells so he could direct a hand bell choir at the church, and would present solo hand bell pieces for special occasions.

William has also been an important member of his family, as a loving big brother, uncle, and especially as a son, being there to help and support his mother following the death of his father from a heart condition at a relatively young age.

I am confident that William is sorry for his crime. Judging from his abilities to learn the skills mentioned above, I believe that if he is given the right tools to work with, he would be a good candidate for rehabilitation, and to once again become a productive member of society. Before his arrest, he had two jobs and was a train buff, with plans to study nursing. Unfortunately, his crime has most likely put an end to the jobs and the plans, which are harsh realities and consequences of his crime. I am hopeful that you will factor in these things when sentencing William.

Sincerely,

Janet K Lallier



April 10, 2019

The Honorable Max Cogburn, Jr.

Federal Defender for the District of North Carolina

1 Page Avenue  Suite 210

Ashville, North Carolina 28801

Dear Dear Sir:

### RE: United States v. William Gronosky: 1:19-CR-16

On behalf of Mr. William Gronosky:

My name is Katherine A. Owens. I am a, retired, 69 year old, friend of William since his birth. I have known William and his family as I have been a lifetime member of Holy Trinity Lutheran Church, Little Falls, N.Y. I have had the joy and privilege of having him in my Sunday School class over many years. William has always been active in the church as a child and a young man. To my knowledge, William has always been respectful, as long as I have known him. William was baptized and confirmed at Holy Trinity. He also was active in the church choir and served as part time church secretary under the Rev. David M. Blank. Under the direction of Kathy Wheat, William studied, the pipe organ, while at Holy Trinity Lutheran. He is quite accomplished and he

continues to be the organis, on a weekly basis, as well as being a long-time employee at The Lutheran Home and Rehabilitation Center in Clinton, N.Y. He still resides with his mother, Evelyn in Little Falls, N.Y.

I have also been employed in the Little Falls City School District as a Registered Nurse/School Nurse. I can report, that William has always been a very bright student. He has been a quiet, yet, kind-hearted, cooperative, conscientious and well-behaved young man. I don't believe that William ever got into trouble. He always got along with everyone. He has had a keen interest in trains to this day and has enjoyed traveling throughout the U.S. to see them.

It is my opinion that William has been a good person based on my personal interaction with him. His family has given him a very loving home and upbringing. I feel that William has the potential to make positive changes in his life and he will make every effort to be a better person, given the help he needs. I will make every effort to be as supportive as possible for him and his family.

Respectfully,

Katherine A. Owens

Katherine A. Owens

A Letter of Support regarding the sentencing of William Gronosky from

Mary-Ann Aloisio



To – The Honorable Max Cogburn Jr

My husband and I have lived at the current address since 1966. I graduated from the New York State University at Albany with a B.S. degree in 1963 and an M.S. degree in 1980. I majored in Physics, minored in Biology, Chemistry, and Mathematics. I taught school for 26 years at both junior and senior high levels, and retired in 2003. I am 78 years old, mother of 2, and grandmother of 4.

William Gronosky was a student at Little Falls High School, and was a member of my science classes there, including physics being the highest-level course I taught. He was a conscientious and capable student. The science area was an open area where William felt comfortable coming in for help whenever necessary, many times coming into the area when he needed a quiet place to work. William was not what I would call the typical teenager. He was overweight, did not have a large social group he associated with and I believe there were students who didn't treat him well. He found the science area a place where he was accepted and respected.

Since William left school, he kept in touch via occasional emails, or conversations when I saw him downtown. William had a great interest in trains and dreamed of a career in that industry after he completed college. (I wrote a letter of recommendation for William to Messiah College, from which he graduated.) The career path never worked out for him, he told me he did not pass the required physical. It was a big disappointment for him, but his interest didn't end there. He traveled throughout the U.S. visiting train museums and specialized train lines when he had vacation time.

He took a job in a nursing home, working at a level far below his mental capabilities. He told me the people he worked with encouraged him to continue his education in nursing. I gladly wrote a recommendation for a nursing program. Again he was disappointed as he was not accepted into the program, but he proceeded to take online nursing courses to further prepare himself for an eventual career in nursing. He said he did well in those courses, he had not given up hope for that career.

During high school, I knew that William was active in his church and he was the church organist. As I write this letter, it is difficult to believe that William has broken federal law. Nothing in his behavior in the many years I have known him would ever lead me to think he didn't embody the highest moral standard. In school, he didn't break rules, he was never disrespectful, I always had the utmost trust in him. I feel that whatever he did, it would not have happened without a huge lapse of judgment, something I would never have predicted. You are in a position to judge his sincerity in realizing he committed a crime and whether or not he would ever repeat the crime. Based on my experience, you will find him easy to "read," he never seemed able to hide his true feelings.

I have serious concerns regarding William's future. Can he survive in a prison atmosphere? Will he appear weak? Will fellow inmates take advantage of any weakness they sense? A criminal record will seriously impair his ability to participate in a career of his choosing and to be a "productive" member of society. He is an intelligent man who has been unable to fulfill his potential up to this point and now it seems even more unlikely. I do expect that he can again be a law-abiding member of society. He has a sincere mother who loves him unconditionally and will be the most positive influence in William's future. My husband and I will be moving out of this area, but William will be able to email me if he would find that helpful. It is with great sadness that I write this letter.

Respectfully submitted,


Mary-Ann Aloisio
Sent 5/3/2019

Samuel J. Vojtek



To The Honorable Max Cogburn, Jr.;

My name is Samuel J. Vojtek and I am writing on behalf of my nephew and godson, William Gronosky. Please consider the following information prior to deciding on William's sentence.

William is the son of my younger sister and lived only a few blocks from me for the first ten years of his life. He was at my home on a daily basis as my mother babysat for him. I moved to my wife's farm in Johnstown (about 35 miles from Little Falls) in 1989 and Bill would attend Sunday services with me whenever I was able to get to Little Falls. I have had a close relationship with both my sisters and their families which include two nephews and three nieces. After moving from Little Falls, I wasn't able to see Bill as often since I was still working. In recent years, my health has prohibited me from driving so actual contact with Bill has been limited other than by phone or cards. Even though recent contact with Bill hasn't been what it used to be doesn't negate the fact that he was brought up in a moral home that respected the law and maintained Christian values. Bill has told me that when he gets home he would like to be re-baptised and again have me as his sponsor (godfather). I have enclosed a letter that Bill sent to me which shows he has accepted responsibility for his actions.

To my knowledge, Bill has never been in any legal trouble. He has been employed at the Lutheran Nursing Home for the past fifteen years. He has volunteered to play the organ for services at the Home. Prior to that, he volunteered playing at his Little Falls church as well as the Lutheran church in Dolgeville. Bill also provided the organ music for his dad's funeral in 2010.

As I stated before, I am Bill's uncle. I was a high school math teacher and retired to my wife's farm in Johnstown in 1991. I have helped on the farm until recently when my back issues resurfaced. Because of this, I no longer drive. I am 82 years old.

Respectfully,

Samuel J. Vojtek

Samuel J. Vojtek

May 23, 2019

Dear Honorable Max Cogburn Jr.,

Please accept this as a character reference for William (Billy) Gronosky. I am a retired elementary and high school teacher of 33 years. I also was the high school golf coach for 31 years and boys bowling coach for 18 years.

I have known Billy my entire life. We both attended Holy Trinity Lutheran Church, here in Little Falls. He also went to Little Falls High School with my daughter and son. I have known Billy as a rather shy and introverted young man. At times when he was younger, this led to his being bullied and taken advantage of.

He always has been respectful to me, and to authority. As a member of my bowling team in his senior year of high school he got along well with his teammates, and was well respected.

Billy was active in church activities and showed true devotion to his religion. He was in the church choir, and was the organist for several years after his high school graduation. I knew him to be a contributing member of our church and an asset to the greater Little Falls community.

Sincerely,

J. John Prestopnik

J. John Prestopnik

Marie Pietropaoli

████████████████████

May 21, 2019

To The Honorable Max Cogburn, Jr. :

The purpose of this letter is to help in the decision regarding the sentencing for William Gronosky. I am a 66 year old retired teacher living in Little Falls, New York. I have worked as a Reading Teacher for all grade levels and had my own first grade class.

William was in my first grade class when he was a child. He was a sweet child and he followed all the rules of the classroom and school. William was well liked by the other first graders. I still fondly remember that he cried on the last day of first grade because he didn't want it to end. I told him he could visit

me. Since he had a relative living near me he did begin visiting me when he was at her house.

These visits took place at my home, which I shared with my parents, throughout his school years. My parents enjoyed William's visits too. He was always polite and nice as he progressed through school. He was very interested in trains so that was sometimes the subject of our conversations. I was invited to and attended his high school graduation party.

When William was a young adult I saw him once in a while around Little Falls. He was always nice and would tell me about his work and about his family. I was surprised and saddened to hear that he is in trouble. Based on his background and considering the support of his family, I believe that William will still be a productive member of society.

Thank you for considering the contents of this letter in

deciding the sentencing for William Gronosky.

Sincerely,
Marie Pietropaoli

Marie Pietropaoli

From Cathryn Ziemba                    April 9, 2019

To: The Honorable Max Cogburn Jr

Re: US v. William Dronesky 1:19-CR-16

Dear Sir,

    I write you as you consider sentencing for William. I live in a suburb of Utica N.Y. where I am employed as a church organist, choir director and piano teacher. Also, I volunteer 5 mornings a week at area nursing homes. It is in that context which I know William. As you know, he is employed by Lutheran Care in the Housekeeping dept. My parents were residents in that nursing home and I have been a volunteer for over 10 years. Besides William's "day job", he also serves the home as church organist for the weekly services (2 services/wk) plus assisting the Chaplain by selecting appropriate hymns. While I cannot say I know him well, I have known him for over 10 years.

I believe his service to the residents of a nursing home speaks to his character. As an organist myself I know that the work involves more than just playing a musical instrument. It is serving people on faith journeys, many of whom (at the nursing home) are facing serious illness, injury or impending death.

I hope this has been helpful to you. I trust you will make a fair decision regarding William and his future life

Sincerely,

Cathryn Ziemba

4/3/19

I have known Bill Gronosky for many years, working with him at LutheranCare. He has always been a very friendly, hard-working person here. He works hard, and has been very dependable, despite having quite a long commute, driving from Little Falls every day, which is almost an hour each way. Bill has been the organist for our chapel that is used by our residents here for church services, after he works full time in both our laundry and housekeeping departments.

Bill is very close with his mom, sister, and niece. His dad passed away a few years back. As far as I know, he is a very honest person, too. He has never been in any legal trouble that I know of in the past. I know he has a vast interest in trains. He has taken quite a few trips, following them.

It seems to me that whatever happened to Bill recently, that put him in the situation he is in now, is so very out of character for him and is very surprising to me. My thought on this is that somehow there must have been a misunderstanding of some sort.

I hope there will be some sort of forgiveness to Bill for whatever it was that he has done. I know that he really is a very good person with a good heart and would never wish harm on anyone.

Sincerely,

Rita Z. Thompson

Rita Thompson – Accounts Payable
LutheranCare

April 16, 2019

TO: The Honorable Max Cogburn, Jr.

RE: William Gronosky   1:19-CR-16

My name is Barbara Doerrer. I am 83 years old and live in a small community called
Dplgeville, in New York State. I was an Executive
Secretary for the Beech-Nut Life Savers Company for many years; then became
a stay-at-home mother for my two wons; then church secretary
for 30 years.

I am writing on behalf of William Gronosky (Bill) who I have known for over 25
years. I first met him when joined my son's Railroad Organization. Bill had a great
interest in trains and model railroading. After that I often saw him at his church
where his mother was secretary.

Bill has always been a friendly but quiet person, always polite. I do not know the
nature of his crime but find it hard to believe he would hurt anyone or be
destructive in any way. He and my son have had a good relationship through the
years. I believe Bill has a strong belief in his God and has shown that in his life.
I also believe that if he has done something wrong and admitted to it, that he
would do all in his power to rectify his behavior in the future.

Bill has been very close to his family. He lived at home after his High School
graduation; then went to college for a short time, returning home and working at
a job in a nearby assisted living, nursing home.

I feel Bill has been a good citizen through the years and a good friend to our
family. I am sure he is truly sorry for whatever he has done. Please take into
consideration his years of service to his church, his good relationship with family
and friends.

Barbara Doerrer     

4/25/19

To Whom it may concern

Billy (William) Gronosky was
a family Friend. He also was
in my youth group at the church
we went to. He was also our
Secretary at this church for a
while. I dealt with him
on several occasions because
I also was Sunday School
Director. He was Very
accomadating. He also helped
with Vacation Bible School
several times over the
years. He helped out a lot.
Over all Billy was very
pleasant to work with.
Please consider him
as a good person

Myrna Goose

This letter is for Billys
Sentencing.